U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2018R00107)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 2 0 2021

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | |
|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO.  1:21CR-145 |
| | MAGISTRATE CASE NO.  1:18-MJ-1114 |

| X Indictment | Information | X Magistrate's Complaint |
|---|---|---|
| DATE: April 20, 2021 | DATE: | DATE: November 20, 2018 |

UNITED STATES OF AMERICA
vs.
DENIS ONDERI MAKORI

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?     Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   Yes   X No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?    X Yes   No
Defendant is released on bond from:
Will the defendant require an interpreter?    Yes   X No

District Judge:
Magistrate Judge:

Attorney: Ryan M. Christian
Defense Attorney: