U.S. Department of Justice
United States Attorney

April 20, 2021
Date Submitted

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

DENIS ONDERI MAKORI

Indictment/Information

**1:21CR-145**

April 20, 2021
Date of Indictment

**REQUEST FOR ARRAIGNMENT – Defendant on Bond**

Issue Summons to:

Denis Onderi Makori
(Name)
3916 Doe Run Drive
Powder Springs, Georgia 30127
(Address)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 20 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ATTORNEY FOR DEFENDANT

Other defendants previously arraigned (or now set for arr.)

/s/Ryan M. Christian
Assistant U.S. Attorney