AO 83 (12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **SUMMONS IN A CRIMINAL CASE** |
| v. | 1:21-cr-145 |
| DENIS ONDERI MAKORI<br>3916 Doe Run Drive<br>Powder Springs, GA 30127 | |

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| **PLACE:** U.S. Courthouse<br>Richard B. Russell Building<br>**20th Floor, Room 2008**<br>75 Ted Turner Drive, S.W.<br>Atlanta, Georgia   30303-3361 | FILED IN CHAMBERS<br>U.S.D.C. Atlanta<br><br>APR 21 2021<br><br>JAMES N. HATTEN, Clerk<br>By: _____ Deputy Clerk |
| **BEFORE:** Honorable Christopher C. Bly<br>United States Magistrate Judge | |
| **DATE AND TIME:** Friday, May 14, 2021<br>**9:00 a.m.** | |

To answer a(n)

X☐ Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of **Title 18, United States Code, Section 1956(h)**

Brief description of the offense: money laundering conspiracy

AUSA:                                    Ryan Christian

Counsel for Defendant:                   FPD

April 21, 2021

JAMES N. HATTEN
CLERK OF COURT

By: _____
Deputy Clerk